HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

**FILED**

JAN 10 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:20-MJ-0001 JDP |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| AMADOR GARCIA GARCIA, | |
| Defendant. | |

Defendant, Amador Garcia Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel Carol Moses. The Federal Defenders Office has a conflict.

Mr. Garcia submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. Our office was contacted regarding Mr. Garcia recent arrest in Yosemite for three possession charges for drugs in the vehicle. Complaint has not yet been filed.

Therefore, after reviewing Mr. Garcia's Financial Affidavit, it is respectfully recommended that CJA Panel Counsel Carol Moses be appointed *nunc pro tunc as of December 27, 2019,* to assist him.

DATED: January 8, 2020

_____
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint CJA Panel Counsel Carol Moses pursuant to 18 U.S.C. § 3006A.

Dated: January 9, 2020

_____
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE